IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TEXTRON FINANCIAL CORPORATION,

    Plaintiff,

v.

ZENY KUC, INC., ZENY KUC, and SHERRY KUC,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-195-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Textron Financial Corporation against defendants Zeny Kuc, Inc., Zeny Kuc, and Sherry Kuc:

1. awarding plaintiff the amount of $162,186.25 with respect to its breach of contract and breach of guaranty claims; and

2. granting voluntary dismissal of its conversion and misrepresentation claims.

Approved as to form this 31st day of December, 2009.

_____
Stephen L. Crocker, Magistrate Judge

_____      1/13/10
Peter Oppeneer, Clerk of Court            Date